

# Fourth Court of Appeals
## San Antonio, Texas

October 1, 2020

No. 04-20-00458-CV

Axelle Francine **PARKER**,
Appellant

v.

William A. **PARKER** II,
Appellee

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2020CI15237
Honorable Karen H. Pozza, Judge Presiding

# O R D E R

This is an accelerated appeal. The clerk's record was due on September 25, 2020. The trial court clerk has filed a notification of late clerk's record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the clerk's record and that the appellant is not entitled to appeal without paying the fee.

We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the clerk's fee for preparing the clerk's fee has been paid or arrangements have been made to pay the clerk's fee; or (2) appellant is entitled to appeal without paying the clerk's fee. If appellant fails to respond within the time provided, this appeal will be dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b) (allowing dismissal of appeal for want of prosecution if clerk's record is not filed due to appellant's fault); *see also* TEX. R. APP. P. 42.3(c) (allowing dismissal of appeal if appellant fails to comply with an order of this court).

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of October, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court